Matthew Thomas CLARKE, Appellant,

v.

STATE of Texas, State.

No. 0620-90.

Court of Criminal Appeals of Texas,
En Banc.

April 17, 1991.

Appeal from the 158th District Court,
Denton County; Phillip Vick, Judge.

Prior Report: Tex.App., 785 S.W.2d 860.

Before the court en banc.

On appellant's petition for discretionary review: judgment of the Court of Appeals affirmed.

BAIRD, J., dissents.